EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
Central _____ **DIVISION at** Lexington _____

Eastern District of Kentucky
FILED

JUL 0 3 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 5:25-cv-230-GFVT
(Court Clerk will supply)

Jeremy L. Smallwood
PLAINTIFF

VS: Federal Bureau of Prisons (Monell)
"Fuc Lexington" David Paul (Warden)
Ass Sizemore, Captain Bagler       (do not use "et al.",
Lt. White, Lt. Cser, Officer Zac Hacher enter full names)
Unit Manager Mattingly, Lt. Jimmy Lawson
(Individually) SIS Calder, SIS Spencer
DEFENDANTS

Demand for Jury Trial:
Yes (X)  No (___)

**I.   Plaintiff:**

   A. Name (list any aliases): Jeremy L. Smallwood

   B. Prisoner ID #: 43082104  Check one: Convicted  X   Pretrial Detainee ___

   C. Place of present confinement: USP McCreary

   D. Address: P.o Box 3000 Pine Knot, ky 42635

**II.  Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

   A. Defendant's Name: David Paul
      Title or Position: Warden
      Place of Employment: Fuc Lexington
   B. Defendant's Name: Sizemore
      Title or Position: Associate Warden
      Place of Employment: Fuc Lexington.

Page 1 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: Baler

Title or Position: Captain

Place of Employment: FMC Lexington

D. Defendant's Name: White

Title or Position: Lieutenant

Place of Employment: FMC Lexington

E. Defendant's Name: Coer

Title or Position: Lieutenant

Place of Employment: FMC Lexington

Hacker, (officer) FMC Lexington; Mattingly (Unit Manager) FMC Lexington

**III. Statement of Claim:** LT. Lawson (Lieutenant) FCI Manchester SIS Calder (SIS Tech) FMC Lexington
SIS Spencer (SIS Tech) FMC Lexington

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

It all began August 28, 2023 When AHSA Nedwicks and Physical Therapy Armendario told Me "You either do PT or I will tweak your paperwork drop your Care lvl and get you out of here" I filed on that, which ultimately led to his demotion. That started the retaliating. Their Lieutenant Greenfield told Me the administration had been trying to get Me out of here for Months, even if it Meant fabricating evidence. Greenfield's refusal led to his demise in SIS, he and two others were pushed out, and Lt. White and Coer was installed, but I reported it to the OIG, which kicked off an Investigation, that Im being paid back for I/how Staff violating Inmates civil rights.

Page 2 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

Then it started to swirl. I was the one reporting, and Staff started to do things out of retaliation for my reporting, i.e. Denial my cell, block my mother and friend from my contact list without Justification, Moving my cell to an area of the prison designated for Mentally ill inmates. And often come in my cell and destroy it. My mail would be tampered with, from Senators, Lawyers, or the Courts. Then in October Officer Hacker targeted me for filing on Staff or reporting them, he and McDaniels, at which point he called me a Snitch, destroyed my earphones, and went back to My cell and destroyed my cell, Confiscated my property, legal work, without Justification and told me it would continue as long as I file on Staff. Then Unit Manager Mattingly and G. Cear placed me in SHU claiming my Mother Contacted someone on my case. They then Denied Acr. Please See Reverse Side

B. When did these events happen?

It all began August 28, 2023 and Continued through January 2025 and has not stopped, and it's now March 9, 2025. March 13, 2025 I was sent to USP McCreary where 4·3·25 an inmate was told by another Inmate to stab Me. Officers and Executive Staff was well aware that this is an Active yard, I was never supposed to be sent here. I was retaliated on and sent here where it was likely I'd be harmed.* It Should further be noted I filed Involuntarily on C.T. White and G. Cear and Unit Manager Mattingly and gave the BP-11-10-9-8 to her for Mailing, Mattingly took it on March 12, 2025 the very next day I was transferred. That told Me Mattingly told G. White I was pursuing the issue on him. I was never found guilty of anything to warrant a transfer. Unit Manager Mattingly wanted Me out of shu for filing on her, all other transfers was denied so they did an "In Region" transfer to Circumvent the review process this should be Unlawful. Inmates get hurt due to retaliation.*

Page 3 of 8

It should further be noted Lt. Lawson was transferred to FCI Manchester for pointing that Shotgun at my head. On 3-12-2025 SIS Spencer came to my door in the SHU and wrote on a Sticky Note "debrief"? I said I had already done all that in 2014 when I dropped out of gang membership, he said "It's not on record" I said "it's had to have been on record if I went to all the drop-out yards, i.e. USP Tucson, USP Coleman 2, and USP Terre Haute" He said "Well I can't find it," so I told him "No." The very next day I was sent to USP McCreary. It's widely known in the Bureau of Prisons once you have been to a drop-out yard, you cannot then go to an active yard like USP McCreary. See e.g. James "Whitey" Bulger. He was killed for the same reasons. And these Staff knew I couldn't walk this yard. Further, all the grievances I had filed on Staff including Lt. White, and Lt. Gsev, was the reason I was sent here. I also filed grievances for Gender discrimination and they knew I was taking that to Court because, they allow women to receive video visitation, and original Photos and not the Male population. SIS Calder wrote me false incident reports, and opened a frivolous Investigation on me when they knew Months earlier that not only had I received Money on my account but also that I had Contacted Tommy Durhins family and friends to let them know he wasn't doing well. He then passed away two weeks later. But Counselor Dellman looked at Case Manager Lansaw and said "do you know how many Inmates contacts other inmates family here and nothing happens to them, this is bullshit". Counselor Dellman also told Me Smallwood I pray you get Lt. White out of here, because he treats Staff as bad as he does inmates." Lt. White is the one that had Me transferred, but the Warden, the Associate Warden Sizemore, and Captain Boyer all approved it or it would not have happened. They did an "In Region" transfer to Circumvent review by Dscc, and Region. Where it had previously been denied on several occasions. All Statements are Under the penalty of perjury

S. L. Slt

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

**C. Where did these events happen?**

FMC Lexington, Once Exec Staff saw I was seriously filing on Staff Misconduct, and Gender Discrimination they wanted Me out of there.

**D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.**

First Amendment to be free from Retaliation for petitioning the Government for redress, and Eighth Amendment to be free from harm at the hands of other prisoner's (officer Hecker) And to be free from the Intentional Infliction of Emotional Distress I was transferred to USP McCreary Monell claims, all individuals for failure to protect or Deliberate Indifference to my Safety.

**IV. Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

**A. Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES ( ✗ )   NO (____)

2. If so, did you (check **ALL** that apply):
    ✗  file a request or appeal to the Warden          2-28-25  date  ✓ untimely
    ✗  appeal to the Regional Director                 1-27-25  date
    ✗  appeal to the Office of General Counsel         2-7-25   date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4. What was the result? *They claimed they take Misconduct serious But did nothing to the Individuals.*

5. If you did not file a grievance, why not? _____

_____

_____

_____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?       YES (____)   NO (____)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   _____ file a grievance and seek an informal resolution          _____ date
   _____ request a hearing from the Grievance Committee             _____ date
   _____ appeal to the Warden                                       _____ date
   _____ appeal to the Commissioner                                 _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
          YES (____)   NO (____)

   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

_____

_____

_____

5. If you did not file a grievance, why not? _____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.    **County or City Prisoners** answer the following:

1.    Is there a grievance/appeal policy at your jail?   YES ( __ ) NO ( __ )
2.    **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

_____

_____

3.    Did you file a grievance regarding these facts?   YES ( __ ) NO ( __ )

4.    If you filed a grievance:

a.    What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b.    What was the result? _____

_____

_____

c.    If unsuccessful, did you file an appeal?    YES ( __ ) NO ( __ )

d.    What was the result? _____

_____

_____

e.    Did you take any further steps in the grievance process?
        YES ( __ ) NO ( __ )      NO MORE AVAILABLE ( __ )

f.    What was the result? _____

_____

_____

5.    If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?  YES (___) NO (✗)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____  DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____  Case No.: _____

    Nature of Claim: _____  Date Filed: _____

    Outcome: _____  Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*I am asking the Court to award punitive and elementary damages in the amount of 10 million dollars. And a jury trial. I would also ask the Court to look at all my filing to the OIG, and all the Grievances I've filed, before rendering Judgment. Allow Discovery to be Conducted.*

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  43082-074  3.9.25

Signature of Plaintiff  Prison ID#  Date

Plaintiff's Address: FMC Lexington P.O. Box 14500

Lexington, KY 40512

Page 8 of 8

Bivens Complaint
For Lexington Staff.

It all began August 28, 2023 when Former AHSA Matthew Mcdaniels along with PT Armentano told Me "You either Participate in Physical Therapy or I will tweak your paperwork drop your carelevel and get you out of here." I filed on him, and he told Me "If you put that on Paper you will be gone" I filed that day. On September 4, 2023 PT Armentano called Me to PT and told Me I was either going to sign a refusal or he was going to write a incident report. I did not sign it. September 7, 2023 my Care level was dropped from a 4 to a 2. September 12, 2023 I was put in for Transfer. The transfer was denied. However the retaliation didn't end there. I filed on this issue all the way to Region, and Mcdaniel's was demoted to Nurse. Region sent my BP-10 back twice telling Me I was untimely, and Unit Manager Mattingly told Me "the Region's message is clear" Not knowing what she meant, I took it as a warning to stop pursuing the issue. December 2023 I was sent to the SHU. Unit Manager Mattingly put Me in for transfer once again, it was denied. Once I was out of the SHU, Unit Manager Mattingly Placed Me in an

CIJOLER

area of the prison designated for Study Inmates,
Pretrial most of them being mentally ill,
while other inmates getting out of the
SMU going back to their original cell.
This was out of retaliation for filing
on Medical. My cell continued to be
destroyed property confiscated and staff allowing
it. During all this Lieutenant Greenfield came
to Me and told Me he was no longer
SIS because the Executive Staff wanted him to
get Me out of the Prison by any means
necessary. Once he Washer and Parks declined
to be dirty they were pushed out of
SIS. Once I learned of this I reported
it to the OIG who contacted Lt. Greenfield
to confirm it. Once it was discovered that
I was reporting Staffs Misconduct I became
Public enemy number one. I then reported that
Staff Planted (50 Suboxone strips) on SIS' Parks,
Executive Staff Stated Washer and Parks had been
dirty for years, however, they wanted Lt.
Greenfield, Washer and Parks to fabricate Incidents
on Me, and other Inmates, once they would
not they would be taken out of SIS, and
Lt. White and Lt. Ball was installed because they
were willing to be dirty. These two Started
to fabricate Incident-reports and inmates to get them

transferred (Lt. Greenfield, Washer and Parks started legal action against FMC Lexington. I continued to report their Misconduct to Agent Jordan Klicka, they allowed drugs to be planted on Inmates, I reported it. The FBI raided FMC Lexington's evidence room after they planted drugs on Officer Parks. Then I started to go to Warden Trail, Asst. Bizenave and Captain Breyer about all the Corruption happening at FMC Lexington. The retaliation Intensified. With my cell being destroyed almost daily, then I reported Lt. McCarty Smacking Officer Koon. Lt. McCarty had been on So-Called time out Until I reported it, he was then demoted. Fill the while asking the Executive Staff how can a Lieutenant work their Compound thats Smacking Other Officers. They all Stated they would not discuss this with Me. Then a friend of Mine was had off, another inmate Tommy Durbin, he gave Me his families information to Contact them to let them know he wasn't doing well. So I did. His Family then Started to call the prison. Alarmed they asked Me to Inform Unit Manager Mattingly that they wanted to Speak to her. I did that. By 3:00p that day Wma Rodriguez was blocked off my Contact list. and remains blocked today. Lieutenant Gei called Wma Rodriguez and told her Your Contact was blocked because he was scared I'd ask her for Money. Thats not a legitimate reason to block our Contact Under Turners

13/nner

www.PrintablePaper.net

Then I was placed in SHU (October) all this happened around the same time. Once I was placed in SHU, Unit Manager Mattingly stated to officer Blythe "Here, I think I have enough to get Smallwood off the Compound." Then Lt. Gear came to my Cell in SHU and told Me, I was in SHU for Contacting Someone on my case. This Allegation was false. Once out of SHU, my mother's Contract was blocked Stating my mother contacted Someone on my case for Me. This to was False. During all this time I am advocating for Inmates, helping them file grievances. And I obtained their release through 28 U.S.C. 2255. Then there was a Unit Shake down looking for Contraband. I was sitting at the Computer when Medical Records Tucker came in and said "Who is Smallwood." I said "I am, why"? She then grabbed my wheelchair and took me out in the hallway where officer Tucker and Edwards were Standing. Both were saying "Smallwood likes to file on Staff" So I told Tucker I dont Care what you do as long as it's Constitutional." He stated "F*** the Constitution." As I was writing what he was saying he grabbed the back of my wheelchair and Started towards the Lieutenant's office As he was pushing Me, he said "wait Until I get you to the Cage, you Bitching ass MotherF*****." When we got into the Cage he took my earphones and ripped them apart, and told Me "This will Continue

(13)

As long as you report staff." He then went back to my cell and absolutely destroyed my cell. He took my legal paperwork, he destroyed beard trimmers, headphones, took my radios, my towels I had bought, and he then took Inmate Quadarius Thirlow and strip searched him and told him "Thank Sorrillueed he snitched on you about selling drugs." I reported this to the OIG, and filed on it, Warden Paul, AW Sizemore and Captain Bayer Still allows Hacker to run around that compound beating on Inmates, planting drugs and knives on Inmate's and nothing happens to this guy. While Married in December 2023 he impregnated another officer Clark at the prison and his wife found out about it and she shot at Hacker and Clark, also the police. The Warden still allowed him to stay. He also got caught having sex in the Chapel with officer Atkins and still nothing happened to him. Officer Hacker grabbed Inmate Farber by his face and squeezed and said "Where the f**** dope." Unit Manager Mattingly knows I was the one helping Farber file on Hacker for assault. I reported that to the OIG. I also asked the Executive Staff if they was going to continue to allow this, they stated they would not discuss it with me. Then I received an incident report for having my mothers name under a different contact name,

(5)XXX

Once I arrived at the Lieutenant's office, Lieutenant Lawson had a rubber bullet shotgun trained on my head. I reported that, and the fact that Lawson had previously shot an inmate's eye out (Lt. Lawson was then taken off the Compound and transferred. During all this im talking to the Region and Central Office that my Unit team is trying to transfer Me, sounding the alarm. Then I was waiting to see Unit Manager Mattingly. She was talking to another inmate and I heard her tell him "Because of your Medical issues, you wont be getting RRC placement and we will be taking your Year Under 12(6). As he was leaving I told him do not leave, I will help you. I helped him file on Mrs. Mattingly and she knew my handwriting. She told him "do not listen to other inmate" but once I filed on her, he was given a January 14, 2025 date. Then on January 3, 2025 several officers including Archer, Lt. White, Captain Barber, as well as others came to our Unit and took inmate Decoste to the SHU. On 1-4-2025 at 7pm I approached Lt. White and told him "What he was doing to inmate Decoste was Unconstitutional and I reported it to the OIG. He told Me "you need to stop", Co if I continued he would place Me in SHU, so I left. At 8:20pm Lt. White came to my Unit with 6 other officers and officer Rawlings went into my cell, as I was watching him. Lt. White

Said "Smallwood you need to get off the Range." So I headed towards the Computers, C. White said "Where are you going." I said "to the Computers to report your retaliation." At 8:26pm I told the OIG my cell was being destroyed out of retaliation for reporting Misconduct and for advocating for Inmate Dacosta. Once I went back to my Cell I saw my cell was destroyed and I was cell alone. I said "Fxxx they destroyed my cell." C. White returned to my cell and said "you're talking to much. Let's go." I asked "Where am I going" he stated "We are going to the SHU." He stated for Insolence. I then told him he couldn't place me in SHU for a 300 series and he stated "I can place anyone I want in Administrative Segregation." I then said "you know this is why you're under Investigation now for fabricating Incident reports on Inmates." He said "that's what I have." Once I got to the SHU, I told him this only validates what I've been saying all along." As C. White was leaving SHU Control asked him "why is Smallwood in SHU" He stated "Threatening Staff." On 1-5-25 C. Oser delivered several incident reports and started laughing at me saying "this should get you out of here" at that point "I began to tell him he was a Corrupt ass bitch and the OIG would be arresting all of them." He then wrote me an incident report for "Threatening Staff."

On 1-15-15 the Incident Reports was dismissed by DHO Klemm. But FMC Lexington Staff was not done, they had a Policy or Custom to get Smallwood out of there. I then filed and reported that the DCT team beat up Inmate Walker while handcuffed on camera, and Walker had a Mind of a 6 Year old. The Warden, Associate Warden, and Captain was apart of the retaliation that happened at FMC Lexington because I constantly Complained to them, they Condoned, approved and engaged in the retaliatory Actions and allowed it to Continue. On 1-16-2025 SIS Calder and SIS Spencer Came to interview me stating "I know this looks like retaliation but it's not," but "we think your moment has approved you to threator (T. White." Any Money I had was placed on my account in August, so this was their threat assessment to get Me transferred. So I filed on (T. White and (T. Csa about what they were doing in the SHU, I Gave the BP-11 to Unit Manager Mattingly for Mailing on 3-12-2025. I've not received a response, on 3-13-2025 I was transferred to an active USP. In 2024, Senator Bill Hagerty's office emailed Me a letter twice from Central Office stating had it not been for my Medical Condition I would have went to USP Terre Haute, acknowledging my Inactive Status as a gang member, both times the letter was intercepted and I was given empty envelopes. I told the Senator's office. The Staff at the Institution knew I Should've never been sent to USP McCreary, within 3 days

(8) OVER

of being at this Institution my Care level was raised back to a 3, and My Mental Health Care level was also raised to a 3. Medical stated "you shouldve never been sent here" a Care level 2 Facility. Since being here another inmate was heard telling another Inmate to Stab Me, due to a situation from 2014 at USP Hazelton. That was Tines Staff objective, for Me filing, they are going to send Me to a Prison I shouldnt be, the same thing happened to James "Whitey" Bulger. Their retaliation could have gotten Me either seriously hurt or killed. When my transfer was put in Several times it was denied for a reason. I was denied my prosthetic I was denied Physical Therapy, and denied Surgery on my Stomach. All because I filed on Medical and other Staff as well as reported egregious Staff Misconduct. Inmates there was getting caught with Cell phones, Street level quantics of drugs, and they all went back to the Compound, I was treated differently than other inmates due to me asserting my rights Under the First Amendment. Once I arrived here at USP McCreary, an Executive Staff came to my cell door and said "Now Smallwood you can file all you want." Telling me the reason I was transferred.

   Because I was transferred in violation of the Constitution, I am asking the Court to find these Staff illegally transferred Me in retaliation for filing

(9) OVER

Grievances and reporting Staff Misconduct. I would ask the Court to commence a Jury trial. I am asking for $5 million in punitive damages, and $5 million monetary damages. It should further be noted while in the SHU for 2 months Captain Boyer and AW Sizemore came to my door every week telling Me "I was being transferred" that "I shouldn't have Contacted another Inmate's family" and "I shouldn't have been running a business" for advocating for inmates. However, I contacted Tommy Durhams family in October. Thats when Unit Manager Mattingly and Lt. Carr blocked him Rodriguez in violation of the Turner factors. Other Inmates on the Compound did law work and were not treated like I was. In fact, there was No reason to transfer Me. Staff knew Central Office intent to send me to an inactive yard. My Mother has a Copy of the letter, it will be entroduced into the record once I leave USP McCreary. While in SHU, Lt. White was responsible for holding my mail for weeks at a time, and got several of my 2241's dismissed. The Civil Rights violations happening at FMC Lexington and USP McCreary is enough to raise the alarm. My name was added to the law list on 3-12-2025 for "in Region" Transfer.

All Statements are Under the penalty of perjury. I would ask the Court to allow discovery to be Conducted to see all the Grievances and reporting. This is why I was transferred.

I have Contemplated Suicide More in the last 4 Months than anytime in my life. I have also began cutting myself Again.

Respectfully Submitted

Jerry L. Lill  4-3082-074

(11)

While at FMC Lexington I was free to work on my case, I was signed up for various programs, FMC Lexington Staff sent me to a prison thats constantly locked down and offers no programs. If I couldn't sleep at FMC Lexington I could come out of my cell and go to the T.V room, the place was never locked down and there was no locks on cell doors. Now Im constantly locked down, Once I arrived here I began to cut myself, Lexington Staff's continued effort to transfer me always kept me stressed out and on edge, I went from being free to being locked down weeks at a time. The last 3 months Ive contemplated suicide or cutting myself more than twice my whole life because now Im in a wheelchair fully disabled and I cant protect myself and FMC Lexington Staff knew this and still had me transferred even after it was denied by Region and DSCC. Since being at USP McCreary Ive called and been denied to see Psychology being told "do what you have to do Smallwood", a Nurse told me "if you cut yourself in SHU you will be 4-point restrained with belly chains." For having a Mental Health crisis you can literally abused here, FMC Lexington Staff was well aware of the abuses happening here, I was punished for asserting my rights under the constitution. I would ask the court to ask the U.S. Marshals to serve the defendants in the case. All Statements are

Under the penalty of perjury.

QUICR 12

The Warden, Associate Warden, Captain and Unit Manager as well as the Lieutenants, acted and ensured that it was a Policy or Custom of this prison to take action against Smallwood, including but not necessarily limited to: by directing that I be placed and kept in SHU, and a basis for a incident report to be found, and by exercising an intention to reach out to the DHO to attempt to ensure that the incident reports not be dismissed. Unit Manager Matthews admitted to Me that she had been emailing with DHO, and on previous occasions inmates that went in front of him where the substance had not been NIK tested, he dismissed it I was found guilty. Although I cannot prove that the Institution had a written or express policy to this effect, I am not required to do so. See Miller, 408 #31 at 814. Staff or Inmate will admit that I am treated differently from other inmates. The Staff here have a policy to retaliate against Me or "Get Smallwood transferred by any means possible". The wide ranging policy is one to retaliate on Smallwood for filing grievances and reporting Misconduct and spoiling the clear long Investigation ranging from Staff on Staff assaults, Planting drugs on Staff and Inmates, Fabricating Incident reports on inmates, and Staff assaulting Inmates. The Warden, AW, Captain and Lieutenants have created a Policy or Custom to retaliate on Staff or Inmate that files as a reports their Unconstitutional Practice. I have emailed the OIG of several Officers this has

happened to. All Statements are Under the Penalty of Perjury,

BIVENS Complaint

It should further be noted these Individuals Staff disregarded all my Medical issues, i.e. the Surgery on my Stomach, Physical therapy, and my Prosthetic leg. They wanted me transferred to stop the filing on them for Misconduct, and reporting the same to the Office of Inspector General.

These Individuals displayed "Deliberate Indifference" because my Stomach protrudes, Exposing my intestines, Farmer v. Brennan, 511 U.S. 825 (1994) These Staff was upset I was filing grievances on Gender Discrimination for allowing the Female Population to receive Original Photos, and video visitation and not the Male Population, there policies and procedures were Unconstitutional as it applied to Me. I have those Admin Remedies if the Court needs to see them. I also advocated for other inmates as Unit Manager Mattingly would tell inmates their Year was taken Under 3621(e), I would file Grievances for those inmates, and the Unit team would say "Smallwood wrote this." Once some staff saw I was behind getting some staff demoted or transferred I became a target for transfer. Counselor Ballman told Me "I pray you get Lieutenant White out of here because he treats Us as bad as he does inmates" I am the reason the FBI and OIG started a Year long Investigation at that prison, Agent Jordan Klicha was Investigating Misconduct

I Made Agent Jordan Klicka aware several times they were trying to transfer Me. I contacted Agent Klicka for several inmates and staff, because Staff was afraid of retaliation. I spoke to Agent Klicka at length about LT. White allowing officer Hacker to plant drugs on inmates, also about LT. White writing false Incident reports to get them transferred. Exactly what he did to Me. District Judge Coller had Me sent to FMC Lexington due to my Medical needs, None of them were handled because I was behind getting M. Mcdaniels demoted, So my Care level was dropped from a 4 to a 2, he then tried to get Me transferred. Every Staff Member named in this lawsuit knew I was not supposed to be transferred to USP McCreary, I have the letter from Central office acknowledging my "Inadive" Status as a former gang Member that was sent to Senator Bill Hagerty's office, then sent to Me, but Staff at Lexington took it out of the Mail twice they gave Me empty envelopes. Staff transferring Me to a Non-Medical facility has Caused "Atypical and Significant Hardship" Since I've been here at USP McCreary in the SHU I have spent 6 weeks in non-wheelchair accessible Cells, When I was not given showers for 3 weeks at a time in both Cells. See Serrano v. Francis, 345 F. 3d 1071, 1079 (9th Cir 2003) Because Staff knew sending

Me to USP McCreary Would Cause Me a Significant hardship, Staff displayed "Deliberate Indifference" to serious Medical needs. Staff at FMC Lexington Clearly retaliated on Me for filing grievances in violation of the First Amendment. Staff at FMC Lexington has caused Me significant pain and suffering, both my Medical Care Level and My Mental Health Care level was increased from a 2 to a 3 within 2 days of being at USP McCreary. Showing FMC Lexington Staff ignored my Medical needs in exchange for retaliation. Now I have No clue when I will be sent back to a Medical facility to get my needs met. My stomach is exposed to the extent that if someone stabbed Me, I would be dead. I have no muscles protecting My intestines. Staff Knew of this very serious need for surgery. I would ask the Court to find Eighth Amendment and First Amendment violations. I would ask the Court to send this Case to the jury, and allow them to find for pain and suffering, Deliberate Indifference, Retaliation and Monell Claims. And award the Amount requested in this suit. All Statements are Under the penalty of perjury.    See Reverse. OVER          Respectfully Submitted,

I Can show that the Warden, Associate Warden, and Captain "at least implicitly authorized, approved, or Knowingly acquiesced" in the Unconstitutional Conduct of the offending officers" Peatross v. City of Memphis, 818 F.3d 233, 242 (6th Cir 2016)(quoting Shehu, 449 F.3d at 300 and Phillips v. Roane County, 534 F.3d 531, 543 (6th Cir 2008) The Warden, Associate Warden and Captain Condoned the Actions of their Inferiors. Gregory v. City of Louisville, 444 F.3d 725, 751 (6th Cir 2006)These Staff knew once they transferred Me from a Medical Facility it would be extremely difficult to get back to a Medical Center. Also, I filed on Lt. White and Lt. Cser Specifically for retaliation and the Day before I was transferred I gave the BP-11 to Unit Manager Mattingly and She never sent it out. They both White and Cser wrote Me falsified Incident Reports in order to get Me transferred Unit Manager Mattingly had been trying to get Me out of there for advocating for other Inmates and filing grievances on my own behalf.

Created by Scribus. Look out for any other resources on Tes.