**BP-A0288**

# INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

### Part I - Incident Report

| 1. Institution: **MCCREARY USP** | | Incident Report Number: **4094147** | |
|---|---|---|---|
| 2. Inmate's Name **SMALLWOOD, JEREMY** | 3. Register Number **43082-074** | 4. Date of Incident **04-02-2025** | 5. Time **1330 hrs** |
| 6. Place of Incident **UNIT 6A** | 7. Assignment **UNASSG** | 8. Unit **6 GP** | |
| 9. Incident **228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s) **228** | |

11. Description Of Incident
(Date: **04-02-2025**   Time: **1330 hrs**   staff became aware of incident)

**While conducting showers Inmate SMALLWOOD, JEREMY, #43082-074 in L/5 shower notified me that he had cut himself on his left forearm. I gave inmate SMALLWOOD a direct order to cease his actions to which he complied. I notified Ops and Compound. Responding staff escorted Inmate SMALLWOOD out of the unit without further incident.**

| 12. Typed Name/Signature of Reporting Employee **L Brock** | | 13. Date And Time **04-02-2025 1350 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | | 15. Date Report Delivered **4/3/25** | 16. Time Report Delivered **0859** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                   Replaces BP-S288.052

Attachment A

### FEDERAL MEDICAL CENTER
### LEXINGTON, KENTUCKY
### INFORMAL RESOLUTION

Inmate Name: Smallwood Jeremy    Reg. No.: 43082-074

Unit: Comm    Date: 10/7/24

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

**1. State your complaint:**

Officer Hacker destroyed my cell, took property, took book, worse and told another inmate, Smallwood "snitched codes" As we were walking up the hall, he was saying "you're nothing but a snitch in front of other inmates" in violation of the Eighth Amendment.

**2. State actions you have made to informally resolve your complaint:**

Hacker has tried to get other inmates to believe I told on them. In violation of the Eighth Amendment. Hacker is retaliating for reporting his misconduct. Hacker took my property, cut up my clippers that you cannot buy anymore.

**3. State resolution you expect:**

To exhausting my remedies to pursue Eighth Amendment and First Amendment retaliation claims in federal court.

Inmate's Signature: _[signature]_    Date: 10/7/24

**4. Correctional Counselor's Comments (Steps Taken to Resolve):**

Sent to SIA

**5. Informal Resolution WAS/(WAS NOT) accomplished. (Circle One)**

Correctional Counselor _____    Unit Manager _[signature]_

Date _____    Date 10/31/24

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/7/24 | 10/7/24 | 10/30/24 | 10/31/24 | |
| TIME | 937 | 1015 | 820 | 1018 | |
| COUNSELOR | _[initials]_ | _[initials]_ | _[initials]_ | _[initials]_ | |

### REQUEST FOR ADMINISTRATIVE REMEDY
### Part B - Response

**DATE FILED:** October 30, 2024          **REMEDY#:** 1218979-F1

This is in response to your Request for Administrative Remedy receipted October 30, 2024, in which you allege staff are being unprofessional, disrespectful, and purposely destroying personal property of AIC's.

The Bureau of Prisons takes all allegations of staff misconduct seriously and investigates accordingly. Therefore, this matter will be thoroughly reviewed and if it determined staff were unprofessional, this issue will be forwarded to the proper investigative authority. However, you will not receive information regarding the outcome of any staff investigation.

Accordingly, your request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at the Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701. Your appeal must be received in the Mid-Atlantic Regional Office within 20 days of this response.

_J. Sizemore, AWP_ _(signature)_                    _2-28-25_
David Paul, Warden                                  Date

**Administrative Remedy No. 1218979-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you allege staff misconduct. Specifically, you allege staff treated you in an unprofessional and retaliatory manner. For relief, you request staff be held accountable and monetary compensation.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Regional Director responded to your concerns at the time of your Request for Administrative Remedy. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, and the Bureau of Prisons takes seriously any allegation of staff misconduct, such as those you raised in this remedy cycle. We look into matters which may constitute inappropriate conduct and refer them to another component of the Bureau of Prisons for appropriate action. As you were previously notified, this matter has been forwarded to the appropriate Bureau component for further review.

Additionally, no inmate is entitled to be advised of the results of any inquiry or any action pursued against staff. You should also be aware such reviews may or may not include interviewing you and no inmate is entitled to be apprised of the progress, outcome, or disposition of any review of alleged staff misconduct. Similarly, any action taken against staff, if any are deemed necessary, will not be disclosed to you.

In regard to your request for monetary compensation, be advised, the Administrative Remedy Program does not provide for such relief. Your request should be pursued through the appropriate statutorily mandated procedure. You can obtain the proper forms from your Unit Team.

Accordingly, this response is provided for informational purposes only.

February 19, 2025
Date

Timothy Barnett, Administrator
National Inmate Appeals

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Smallwood Jeremy L          43082-074      Comm         FMC Lexington
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT        INSTITUTION

**Part A- INMATE REQUEST**

Officer Hacker in retaliation for filing grievances pulled an inmate into the office while acting as the activities Lieutenant and told that Inmate "Mark Smallwood he snitched on you", directly putting Me in harms way See Farmer v. Brennan, See also Hill v. Lappin, 630 F.3d at 474, King v. Zamiara 680 F.3d at 695 Staff here Continue to engage in oppressive tactics against inmates, with threats of transfer, destroying property, taking property, i.e. legal work, Coolers, Clippers without any Justification. See Himmelreich v. Fed. Bur. of Prisons, 766 F.3d 576, 577-78 (6th Cir 2014) Staff at this institution Continue to be allowed to retaliate on inmates for their Misconduct being reported, with zero Consequence. I am asking my BP-9 be answered in a timely Manner, so I can take this to Court. It's time for Staff to be held accountable for their actions against inmates. OIG office has also been notified. 10/30/24

　DATE 10/30/24　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER　10/30/24

**Part B- RESPONSE**

REC. 11.13.24

DATE　　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　　CASE NUMBER: 1218149-F1

　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____
DATE　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

**U.S. Department of Justice**

**Federal Bureau of Prisons**

CD 1-24-25

**Central Office Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _Smallwood, Jeremy C._   _43082-074_   _Comm_   _Covington_

     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL Remedy ID# 1218979-A1 Officer Hacker pulled inmate Thomas 69034-510 into the Lieutenants office while Acting As Activities LT, and Strip searched him, he then told him "thank Smallwood he told on you" Inmate Thomas wrote a Sworn Affidavit that was given to the FBI, and wrote a Sworn affidavit to the OIG. The Eighth Amendment imposes a duty on prison officials to protect prisoners from violence at the hands of other prisoners" Westmoreland v. Butler City, Kentucky, 29 F.4th 721, 726 (6th Cir 2022)(quoting Farmer, 511 U.S. 825 (1994) Here officer Hacker subjected Me to Serious harm, Rasby v. West, 988 F. 3d 907, 912 (6th Cir 2021) (quoting Farmer, 511 U.S. at 834) because I reported egregous Misconduct, he told that inmate I snitched on him out of retaliation, See King v. Zamiara, 680 F. 3d. 686, 695-96 (6th Cir 2012) He tried to get other inmates to harm Me, knowing I was in a wheelchair, and cannot protect Myself. He destroyed my cell and confiscated my property and Stated "this will continue as long as you report staff. Now other Lieutenants has joined the retaliation, and has taken severe adverse action by placing Me in SHU on fabricated disciplinary charges I am requesting compensation, accountability, and placed from SHU.

_1-24-25_    _(signature)_

DATE    SIGNATURE OF REQUESTER

See BP-10 ATTAchment

Part B—RESPONSE

> RECEIVED
>
> FEB 0 7 2025
>
> Administrative Remedies
> Federal Bureau of Prisons

---

DATE

ORIGINAL: RETURN TO INMATE

Part C—RECEIPT

GENERAL COUNSEL

CASE NUMBER: _1218979-A1_

CASE NUMBER: _____

Return to: _____

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982